UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>JESSICA ROBERTS, an individual;<br>WENDY FARIS, an individual;<br>DANIEL ARIAS, an individual;<br>FRANCISCO ROSALES, an individual;<br>ANATOILY IVANIY, an individual;<br>THAUN LEM, an individual; and<br>JAMES LORENT, an individual,<br><br>            Defendants. | Civil Action No. 17-cv-248<br><br>PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1)** **Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes: A&T IP, Inc.

**(2)** **Any member or owner in a joint venture or limited liability corporation (LLC)?**

No.

**(3)** **Any partners in a partnership or limited liability partnership (LLP)**

No

**(4)** **Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 17th day of February, 2017.

            s/David A. Lowe, WSBA No. 24,453
            Lowe@LoweGrahamJones.com
            LOWE GRAHAM JONES$^{PLLC}$

Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 17-cv-248
INIP-6-0062P10 CDS02

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301