UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS INC., <br><br> Plaintiff, <br><br> vs. <br><br> JESSICA ROBERTS, et al., <br><br> Defendants. | NO. C17-248RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above entitled case was filed on February 17, 2017. A Notice of Voluntary Dismissal of Doe 14 was filed on July 1, 2017. No documents have been filed since July 1, 2017.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than May 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, May 4, 2018.

DATED this 19th day of April, 2018.

_____
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE